UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL        JS-6

Case No.   2:23cv00186 DDP (JC)                              Date: May 29, 2025

Title   _HENRY A. JONES, JR. v. DR. KALINJIA; ET AL._

Present: The Honorable:   DEAN D. PREGERSON, U.S. DISTRICT JUDGE

| Catherine Jeang | Not Present/Maria Bustillos |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**     (IN CHAMBERS)

On May 5, 2025, Plaintiff was ordered to respond within twenty days to the court's August 26, 2024 Order, which required him to file one of the following: a) First Amended Complaint curing the pleading defects, b) Notice of Dismissal voluntarily dismissing the action without prejudice, or c) Notice of Intent to Stand on Complaint. (Dkt. 20.)  Plaintiff was cautioned that failure to comply with the court's Order may result in the dismissal of this action.  As of the date of this Minute Order, Plaintiff has made no further filing in this matter.  Accordingly, Plaintiff's Complaint is DISMISSED, without prejudice.

00:00

Initials of Preparer    CMJ